526

Our review of the attack on plaintiff's pleadings by the motions of the defendant satisfies us that defendant's motions adequately raised the question of the lack of averment of facts, sufficient to state a cause of action.

JONES, J., concurs.

G. MORAN, P. J., dissents.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STANLEY BERRYHILL, Defendant-Appellant.

(No. 71-59;

Fifth District—July 20, 1972.

PER CURIAM.

Matthew J. Moran, of Defender Project, of Chicago, for appellant.

Robert H. Rice, State's Attorney, of Belleville, for the People.